AUSA:  Timothy McDonald          Telephone:  (313) 226-9100
Officer:          Kelly Smiecinski          Telephone:  (810) 989-5056

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America

v.

Romeo BAJRAMI

Case No.

Case: 2:26−mj−30387
Assigned To : Unassigned
Assign. Date : 6/29/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 9, 2025 _____ in the county of  St. Clair  in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | Unlawful Entry in the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Kelly Smiecinski_
_Complainant's signature_

Kelly Smiecinski, U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____ June 29, 2026 _____

City and state:  Detroit, MI

_Judge's signature_

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kelly L. Smiecinski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint and arrest warrant charging Romeo BAJRAMI (BAJRAMI), with improper entry by alien, in violation of 8 U.S.C. § 1325(a)(1).

2.      I am a Border Patrol Agent (Intelligence) (BPA-I) with the United States Border Patrol (USBP). I have been employed by the USBP since March 2009, and from August 2017 through present, I have been a BPA-I.  I have been assigned to the Detroit Sector Targeting and Intelligence Division (DTM TID) since June 2014.  I am currently serving as a BPA-I for the Marysville, MI Sector Intelligence Detachment (MRV SID), part of the DTM TID.  DTM TID is tasked with collecting intelligence and conducting investigations regarding illicit cross-border activity within or affecting Detroit, Michigan vicinity. I investigate criminal violations relating to human smuggling, including but not limited violations of 8 U.S.C. § 1324, Bringing in and Harboring Certain Aliens (Alien Smuggling); 8 U.S.C. § 1325, Improper Entry by Alien; and  8 U.S.C § 1326, Re-Entry of Removed Aliens.

1

3.     The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers, to include Border Patrol agents, reports from other law enforcement agencies, and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Romeo BAJRAMI.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4.     On August 9, 2025, Romeo BAJRAMI rented a Sea Doo personal watercraft (Sea Doo) in Canada, used it to cross the St. Clair River over the International Boundary Line and improperly entered the United States in the Eastern District of Michigan. BAJRAMI abandoned the watercraft on the shoreline in Port Huron, MI.  BAJRAMI was not encountered at the time of his illegal entry; however, subsequent investigative activity positively identified BAJRAMI as the operator of that watercraft, and located him residing in Tom's River, New Jersey.

5.     The St. Clair River serves as the border between the United States and Canada.  In some locations, the St. Clair River is less than a quarter mile wide, and it only takes a few minutes to traverse the river in a vessel.  During the summer months, the high volume of maritime traffic on the St. Clair River can provide opportunities for illicit cross border traffic to blend in with the legitimate vessel

2

traffic.  On the Canadian side of the St. Clair River is the city of Sarnia as well as multiple marinas that also have high volumes of maritime traffic throughout the boating season.  Several businesses on both sides of the river rent various watercraft for use on the St. Clair River, including Sea Doo-branded personal watercraft.

6.     On August 9, 2025, at approximately 11:02 p.m., USBP Detroit Sector dispatch received a call from the Canadian Coast Guard about a personal watercraft (a Sea Doo) reported overdue from Gordon's Watersports located at 97 Seaway Rd., Sarnia, Ontario, Canada. The United States Coast Guard (USCG) was also notified and responded regarding a possible search and rescue. At approximately 11:40 p.m., the Canadian Coast Guard located the overdue Sea Doo belonging to Gordon's Watersports, bearing Ontario (ON) Registration number 8790276, along the shoreline of the St. Clair River near 3380 Military St., Port Huron, MI. The Sea Doo kill switch[1] was still attached to the vessel, and a personal floatation device along with a t-shirt were left on the Sea Doo. Investigators

---

[1] A kill switch, "safety lanyard," or Engine cut-off switch (ECOS), is a small clip that must be inserted into the boat's console in order for the engine to run. The clip is attached to a flexible cord that connects to the boat driver's life jacket or body, ensuring that if the operator is thrown from the boat for any reason, the clip comes out and immediately stops the engine. https://www.watersportsfoundation.com/media/blogs-podcasts-editorial/wsf-blogs/all-about-engine-cut-off-switches-the-20-device-that-saves-boaters-lives-is-now-required-by-federal-law/

3

observed a pathway near the Sea Doo that led through the foliage to Military Street. At approximately 12:30 a.m., the USCG collected the flotation device and t-shirt, and towed the Sea Doo to the Port Huron USCG station.

7.     Investigators learned that Gordon's Watersports made the initial call to the Canadian Coast Guard. On August 10, 2025, USBP contacted Gordon's Watersports via telephone. Gordon's provided the following information: A customer named Romeo BAJRAMI called Gordon's on August 9, 2025, and asked for the best Sea Doo in their inventory. BAJRAMI was adamant about renting the Sea Doo at 7:00 p.m. for one hour. BAJRAMI arrived at Gordon's at approximately 6:15 p.m. and placed a $500 deposit by credit/debit card along with $255.99 for the Sea Doo rental and dinner package[2]. BAJRAMI ate dinner, placed a small satchel and a grocery bag in the Sea Doo, and left Gordon's on the Sea Doo at approximately 6:45 p.m. He was due back by 8:00 p.m. At approximately 8:00 p.m., a Gordon's employee contacted BAJRAMI who replied, "sorry I'm on my way," and then hung up. Gordon's called BAJRAMI approximately 15 minutes later and BAJRAMI replied, "I don't care take the money," and hung up.

---

[2] Gordon's Watersports offers customers a "SeaDoo and dine" package. This package includes a one-hour SeaDoo personal watercraft rental along with dinner at Alternate Grounds Dockside restaurant, which is located directly next door to Gordon's.

8.      On August 11, 2025, Gordon's Watersports provided USBP with copies via e-mail of the following documents: BAJRAMI's appointment details, a Personal Watercraft (PWC) safety sheet filled out and/or signed by BAJRAMI, Romeo BAJRAMI's Ontario driver's license, a receipt showing payment by BAJRAMI, Gordon's rental agreement, and an incident report.

9.      A review of the USBP Remote Video Surveillance System (RVSS) and security camera video voluntarily provided by local homeowners along the St. Clair River showed that on August 9, 2025, at approximately 8:12 p.m. a male subject wearing dark-colored clothing operating a light blue colored jet ski rode toward the United States shoreline. The color of the jet ski matched the Sea Doo that BAJRAMI rented.  The clothing on the male subject matched the clothing that BAJRAMI's was wearing while at a restaurant near Gordon's in Canada. Home security cameras also captured a male wearing dark-colored shorts and shirt, and a ball cap walking south in the area across Military St. in Port Huron, MI from where the Sea Doo was later recovered.

10.     Immigration records were checked through U.S. Customs and Border Protection (CBP) systems on the information received from Gordon's Watersports. Utilizing the Ontario driver's license, Romeo BAJRAMI, date of birth X/XX/1984, was identified as a Citizen and National of Albania, Alien Registration #XXXXXX845. BAJRAMI first entered the United States on March 23, 1995,

5

with his parents on a B2 Visa (Temporary Visitor for Pleasure visa).  BAJRAMI's parents later became Lawful Permanent Residents of the United States. There is no record of BAJRAMI adjusting his status to a Lawful Permanent Resident.

11.   While still in the U.S., BAJRAMI applied for a Re-Entry Permit on April 20, 2005, which was granted, but expired on April 20, 2006.  BAJRAMI did not return to the U.S. within the timeframe specified by the permit and therefore abandoned his immigration status by remaining outside of the U.S. for over one year. Records show BAJRAMI resided abroad for 19 years before entering Canada, and subsequently illegally entering the U.S. on August 9, 2025

12.   Investigators conducted Criminal history records checks for BAJRAMI which, among numerous prior charges, revealed an outstanding criminal warrant from Massachusetts for weapons possession. The Massachusetts warrant indicated that extradition was limited to in-state only.

13.   CBP records and court records indicate BAJRAMI left the United States and traveled to Albania on January 10, 2006, one month prior to the date BAJRAMI was scheduled to surrender for violating his probation on Massachusetts weapons charges. Records also show BAJRAMI was arrested on January 9, 2006, for Drug Possession, Breaking and Entering, and Trespassing violations in Boston, MA.  An arrest warrant for BAJRAMI was issued on February 10, 2006, after Bajrami failed to appear for sentencing.

6

14.     Canadian law enforcement was able to retrieve video footage from the Alternate Grounds Dockside restaurant; a business connected to Gordon's Watersports. At approximately 6:24 p.m., security camera footage showed BAJRAMI in the restaurant wearing a dark-colored Reebok shirt, dark-colored shorts, a white & black ball cap with white lettering, and dark-colored shoes. The footage showed BAJRAMI carrying a silver cell phone in his right hand and a white plastic bag in his left hand. At approximately 6:43 p.m., BAJRAMI is seen leaving with two plastic bags, one red and the other white in his left hand with a small backpack over right shoulder.  The Reebok t-shirt BARJAMI was wearing in the surveillance video matched the t-shirt retrieved by the USCG from the abandoned Sea Doo.

15.     A review of the driver's license BAJRAMI provided to Gordon's on August 9, 2025, showed that it was issued to Romeo BAJRAMI, on June 5, 2025, with an address listed as 26888 Lake Shore Blvd. W., Toronto, ON. M8V1G8. Investigators conducted open-source research and found a profile for Romeo BAJRAMI listed on LinkedIn as working for a company called "Hi Tech Roofing Inc" out of the greater Toronto, Ontario, Canada area.

16.     In October 2025, Canadian law enforcement advised that on August 24, 2025, BAJRAMI, under the name "Romeo Baroni," posted a public Facebook video of himself while on a Sea Doo on a body of water.  USBP reviewed the

7

uncaptioned video and identified that a Gordon's Watersports key chain was visible attached to the key in the ignition of the Sea Doo, and BAJRAMI clearly showed his face and was wearing a dark colored t-shirt under a yellow and black Sea Doo life vest.  The life vest recovered by USCG after BAJRAMI abandoned the Sea Doo was also a yellow and black Sea Doo life vest.

17.     The Facebook video depicted landmarks along the St. Clair River, specifically images of the Canadian and U.S. shoreline known to USBP and verified via Google imagery. Investigators went to the area depicted in the Facebook video and determined that a portion of the Facebook video was taken near GPS coordinates 42.916413, -82.457148, which is located on the St. Clair River approximately two miles southeast from where the Sea Doo was recovered. Investigators also confirmed that distance can be traversed in three minutes or less via PWC.  The Facebook video also included a clear image of the hood of the Sea Doo with a torn orange sticker which matched the Sea Doo recovered by the USCG on August 9, 2025. According to Gordon's Watersports, BAJRAMI only rented equipment on one occasion, August 9, 2025. Considering the aforementioned details, it appeared this video was taken by BAJRAMI during his illegal entry into the United States.

18.     On April 6, 2026, a criminal history records check for BAJRAMI showed a Massachusetts State Police Charlton Barracks arrest dated February 25,

8

2026.  On April 9, 2026, Affiant requested and received a copy of the police reports from the Massachusetts State Police. The Massachusetts State Police booking photo matches the photo on BAJRAMI's driver's license photo. On May 6, 2026, BAJRAMI was confirmed to be in custody at the Suffolk County Massachusetts House of Corrections operated by the Suffolk County Sheriff's Department where he is currently being held on the above charges.  On May 6, 2026, I submitted an I-247 Immigration Detainer to the Suffolk County Sheriff's Department, 20 Bradston St. Boston, MA.

19.    Based on the foregoing, the affiant has probable cause to believe that Romeo BAJRAMI is an alien, and citizen and national of Albania, who illegally entered the United States on August 9, 2025 in the Eastern District of Michigan, in violation of 8 U.S.C. § 1325(a)(1), in that he entered the United States at a time and place other than as designated for entry by the Attorney General or the Secretary of Homeland Security.

Respectfully submitted,

Kelly Smiecinski

Kelly L. Smiecinski
Border Patrol Agent-Intelligence
United States Border Patrol

9

Subscribed and sworn to before me
or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge


June 29, 2026